**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:98cr126LAC

MICHAEL A. BLANKENSHIP

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   September 13 , 2006
Motion/Pleadings OMNIBUS MOTION FOR RELIEF FROM OPERATION OF ORDER/JUDGMENT DENYING PETITIONER'S MOTION UNDER TITLE 28 U.S.C. , SECTION 2255, PURSUANT TO RULES 60(b)(5) and 60(b)(6), FED.R.CIV.P

Filed by DEFENDANT PRO SE            on  8/28/2006        Doc.# 241
RESPONSES:
GOVERNMENT                           on  11/11/2006       Doc.# 242
                                     on                   Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                          *s/Mary Maloy*
                                     Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 14th day of November, 2006, that:*
*(a) The relief requested is **DENIED**.*
*(b) Defendant's Motion is an attempt to relitigate the applicability of Apprendi to his case.  In his initial Section 2255 petition he raised the very issue that is the subject of this motion (doc 120 at 8-14).  The Court found in denying the 2255 motion that even if there was an Apprendi error, any such error was harmless (doc 163 at 10-11).  The instant motion, no matter how defendant titles it, is in fact a disguised successive 2255 motion.  This Court, therefore, lacks jurisdiction to consider defendant's motion.*

                                     *s/L.A. Collier*
                                     **LACEY A. COLLIER**
                                     ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.