## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                  CASE NO. 3:98cr126LAC

MICHAEL BLANKENSHIP

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on __December 15, 2006__

Motion/Pleadings: __MOTION FOR RECONSIDERATION OF COURT'S DENIAL OF__
PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT DENYING PETITIONER'S
MOTION UNDER 28 USC 2255, VIA RULE 60(b)(5) and (6), FED.R.CIV.P., PURSUANT TO
RULE 59(e) THEREOF

Filed by __DEFENDANT PRO SE__ on __11/292006__ Doc.# __244__

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_

LC (1 OR 2)                 Deputy Clerk: Mary Maloy

# _ORDER_

*Upon consideration of the foregoing, it is ORDERED this 19th day of
December, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

_____

_____

s/_L.A. Collier_

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

Document No.