## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                                     Case No: 3:98cr126/LAC

MICHAEL BLANKENSHIP

---

### <u>ORDER</u>

The defendant has filed a notice of appeal and request for a certificate of appealability.  (Doc. 247).  He seeks to appeal this court's order dated November 14, 2006 denying his omnibus motion for relief from operation of order/judgment denying petitioner's motion under title 28 U.S.C. § 2255, pursuant to Rule 60(b)(5) and Rule 60(b)(6), and its December 16, 2006 denial of his motion for reconsideration.  (Doc. 241, 242, 243, 244 & 245).  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  <u>See</u> 28 U.S.C. 2253(c)(1)(B).   Appeal of denial of Rule 60(b) motion requires certificate of appealability. *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003). A COA should not issue in the appeal from the denial of a Rule 60(b) motion in a habeas case unless the petitioner shows, at a minimum, that it is debatable among jurists of reason whether the district court abused its discretion.  See *Mobley v. Head*, 306 F.3d 1096, 1097 (11th Cir. 2002) ("This Court reviews a denial of a 60(b) motion for an abuse of discretion."). Because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.

Defendant has also filed a motion for leave to proceed *in forma pauperis.* (Doc. 451). Because the court finds that this appeal is not taken in good faith, and that defendant is not otherwise entitled to so proceed, Fed.R.App.P. 24(a)(3), he shall pay the $455.00 appellate filing fee within thirty days.


DONE AND ORDERED this 8th day of March, 2007.



*s/L. A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**