**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:98cr126LAC

MICHAEL BLANKENSHIP

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _____ MAY 2, 2008 _____
Motion/Pleadings: __MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18__
__U.S.C. § 3582(c)(2)__
Filed by __DEFENDANT PRO SE__ on 5/2/08 _____ Doc.# 260 _____

RESPONSES:
GOVERNMENT _____ on 5/5/08 _____ Doc.# 261 _____
_____ on _____ Doc.# _____

_____ Stipulated _____ Joint Pldg.
_____ Unopposed _____ Consented

                         WILLIAM M. McCOOL, CLERK OF COURT

                         *s/Mary Maloy*
LC (1 OR 2)              Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of June, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b) Although the defendant's base offense level may be reduced by 2 points pursuant to Amendments 706, 711, and 715 to the Sentencing Guidelines, his guideline imprisonment range would still remain 360 to life imprisonment. And, as a designated career criminal, the defendant's guideline imprisonment range for Count I remains the statutory mandatory minimum term of Life imprisonment.*

                         *s/L.A. Collier*
                         **LACEY A. COLLIER**
                         ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.