# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO.  3:98cr126 LAC

MICHAEL A. BLANKENSHIP

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ____JULY 15, 2008_____

Motion/Pleadings: MOTION TO DISMISS THE DEFENDANT'S MOTION FOR RELIEF_____

FROM JUDGMENT UNDER RULE 60(B) OF THE FEDERAL RULES OF CIVIL_____

PROCEDURE (Document #263)_____

Filed by_GOVERNMENT_____ on 6/23/08_____ Doc.# 264_____

RESPONSES:

BY DEFENDANT_____ on 7/14/08_____ Doc.# 268_____

_____ on_____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_____                         s/Mary Maloy
LC (1 OR 2)                         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of July, 2008, that:*

*(a) The relief requested is **DENIED**.  MOOT.*

*(b) Defendant's motion (doc 263) was denied (doc 267).*

                                        s/L. A. Collier
                                **LACEY A. COLLIER**
                        **Senior United States District Judge**

Entered On Docket: _____ By: ____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____

_____

Document No.