**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:98CR126 LAC

MICHAEL BLANKENSHIP

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___July 21, 2008___
Motion/Pleadings:_ MOTION FOR RECONSIDERATION FROM THIS HONORABLE_
COURT DENIAL OF PETITIONER'S RULE 60(b) EXTRA-ORDINARY CIRCUMSTANCES
Filed by _DEFENDANT PRO SE_ on _7/21/08_ Doc.# _270_

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated _____ Joint Pldg.
_____ Unopposed _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_
LC (1 OR 2)           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of July, 2008, that:*
*(a) The relief requested is* **DENIED.**
*(b)* _____
_____
_____

_s/L.A. Collier_
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.