**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                    Case No: 3:98cr126/LAC

MICHAEL BLANKENSHIP

---

### ORDER

The defendant has filed a notice of appeal which this court construes as a request for a certificate of appealability. (Doc. 272). He seeks to appeal this court's order denying his motion seeking relief under Fed.R.Civ.P. 60(b)(6), and his motion for reconsideration of that order. Appeal of denial of Rule 60(b) motion requires certificate of appealability. *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003). A COA should not issue in the appeal from the denial of a Rule 60(b) motion in a habeas case unless the petitioner shows, at a minimum, that it is debatable among jurists of reason whether the district court abused its discretion. See *Mobley v. Head*, 306 F.3d 1096, 1097 (11th Cir. 2002) ("This Court reviews a denial of a 60(b) motion for an abuse of discretion."). Because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.

Defendant has not filed a motion for leave to proceed *in forma pauperis.* Because the court finds that this appeal is not taken in good faith, and that defendant would not be otherwise entitled to so proceed, Fed.R.App.P. 24(a)(3), he shall pay the $455.00 appellate filing fee within thirty days.

His request for an extension of time to file his motion to proceed *in forma pauperis* and for a certificate of appealability (doc. 275) are denied.

DONE AND ORDERED this 12th day of August, 2008.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**