## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                    **3:98cr126/LAC**

**MICHAEL BLANKENSHIP**

---

## ORDER

The defendant has filed a notice of appeal of this court's February 11, 2009 order denying his petition for a writ of audita querela.  (Doc. 286).  Defendant's notice of appeal is properly construed as a request for a certificate of appealability.  However, a certificate of appealability is not required to appeal the denial of such a writ.  See *United States v. Garza,* 185 Fed.Appx. 430 (5th Cir. 2006); *United States v. Topsy*, 181 F.3d 96 (5th Cir. 1999).  To the extent that defendant's petition was construed as an untimely § 2255 motion, the court finds that the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and his request for a certificate of appealability should be denied.

No motion to proceed *in forma pauperis* on appeal was filed, and in the event defendant files such a motion it will be denied as the appeal is not taken in good faith and defendant is not otherwise entitled to so proceed.  Fed.R.App.P. 24(a)(3).  He shall  pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 14th day of April, 2009

s/*L. A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**